UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

FILED / ENTERED
AUG 2 4 2010
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES OF AMERICA

Plaintiff(s),

VS.

DANIEL MCLAUGHLIN

Defendant(s),

2:03-CR-113-LRH-RJJ

**ORDER FOR DESTRUCTION OF EXHIBITS**

The Clerk's Office having given notice to counsel as prescribed by LR 79-1 and LCR 55-1 of the Local Rules of Practice of this Court, and counsel having failed to make arrangements to retrieve the exhibits in the allotted time, **IT IS HEREBY ORDERED** that the Clerk is authorized to destroy the exhibits previously admitted in this matter.

Dated: 8/23/10

_____
U.S. DISTRICT JUDGE